IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**AARON L. THORN**                                                         **PLAINTIFF**

**v.**                     **CIVIL ACTION NO. 2:17-CV-74-KS-WC**

**THE CITY OF MONTGOMERY,** *et al.*                        **DEFENDANTS**

### ORDER

The parties having reached a settlement in this matter, the Court **grants** Plaintiff's Motion for Voluntary Dismissal [35]. All of Plaintiff's claims are dismissed with prejudice, and this case is closed.

SO ORDERED AND ADJUDGED this 17th day of January, 2019.

                                                       /s/ Keith Starrett
                                                            KEITH STARRETT
                                     UNITED STATES DISTRICT JUDGE